# ELECTRONIC RECORD

COA # 05-12-01061-CR

OFFENSE: 30.02F1

STYLE: Darrell Dewayne Sneed v. The State of Texas

COUNTY: Dallas

COA DISPOSITION: AFFIRM

TRIAL COURT: Criminal District Court No. 7

DATE: 10/30/2014          Publish: NO

TC CASE #: F11-60730-Y

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Darrell Dewayne Sneed v. The State of Texas

PRO SE _____ Petition

CCA #: 1578-14

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 02/04/2015

JUDGE: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**